IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAVERNE WILLIS                                                                                          PLAINTIFF

V.                                      CASE NO. 06-CV-1093

MICHAEL J. ASTRUE[1]
Commissioner, Social Security Administration                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 21, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Judge Bryant recommends that this case be reversed and remanded for further development of the record. The Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **REVERSED AND REMANDED**.

**IT IS SO ORDERED**, this 6th day of September, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

---

[1] Micahel J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.