IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAVERNE WILLIS                                                                               PLAINTIFF

V.                                            CASE NO. 06-CV-1093

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                           DEFENDANT

### ORDER

Before the Court is the Report and Recommendation filed November 5, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 15). Judge Bryant recommends that Plaintiff's counsel be awarded $1849.25 in attorney's fees pursuant to 28 U.S.C. § 2412. The Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. **Plaintiff's counsel is entitled to compensation under the Equal Access to Justice Act, 28 U.S.C § 2412, in the amount of $1849.25.**

**IT IS SO ORDERED**, this 27th day of November, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge